| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT 2 |
| | )SS: | TO THE 2013 TERM |
| COUNTY OF TIPPECANOE | ) | |
| CURTIS BEAVER | ) | |
|   Plaintiff, | ) | |
| vs. | ) | |
| | ) | CAUSE NO. 79D02-1308-PL-00032 |
| FIFTH THIRD BANK | ) | |
|   Defendant. | ) | |

FILED
AUG 23 2013
Chris Coffey
Clerk Superior Court No. 2 Tippecanoe Co.

## COMPLAINT FOR DAMAGES PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 et seq. AND THE INDIANA DECEPTIVE CONSUMER SALES ACT, Ind. Code § 24-5-0.5-1, *et seq.*

Comes now the Plaintiff, CURTIS BEAVER (hereinafter "Plaintiff"), by counsel, Melissa Wilkes, and alleges that FIFTH THIRD BANK (hereinafter "Fifth Third") violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (hereinafter "TCPA") and the Indiana Deceptive Consumer Sales Act, Ind. Code § 24-5-0.5-1 *et seq.* (hereinafter "IDCSA"), as follows:

### PARTIES

1. Plaintiff is an individual citizen and resident of the State of Indiana, County of Tippecanoe, and City of Lafayette.

2. Defendant Fifth Third solicits and transacts business within the State of Indiana, County of Tippecanoe, and is headquartered at 111 Lyon N.W., Grand Rapids, MI 49503.

3. This Court has subject matter jurisdiction pursuant to 47 U.S.C. § 227(b)(3).

### FACTUAL ALLEGATIONS

4. Plaintiff has a second mortgage (hereinafter "Account") with Fifth Third.

5. Within the last four (4) years, Plaintiff has received numerous collection calls from Fifth Third's agents and/or employees to his cellular telephone number in an attempt to collect upon the Account.

1

6. On June 28, 2013, at approximately 4:43 p.m., Plaintiff told a Fifth Third representative to stop calling his cellular number. Despite such request, Fifth Third continued autodialing Plaintiff's cellular number.

7. Upon information and belief, Defendant maintains business records that show all telephone calls placed to Plaintiff's cellular telephone number.

8. Plaintiff believes and alleges that during the aforementioned telephone calls, Defendant used an "automatic telephone dialing system" and/or "prerecorded voice" as prohibited by 47 U.S.C. § 227(b)(1)(A).

9. Plaintiff believes and alleges that during the aforementioned telephone calls, Defendant intended to use an "automatic telephone dialing system" and/or "prerecorded voice" as prohibited by 47 U.S.C. § 227(b)(1)(A).

10. Plaintiff believes and alleges that these telephone calls were not made for emergency purposes as defined by 47 U.S.C. § 227(b)(1)(A)(i).

11. Plaintiff believes and alleges that he did not provide "express consent" allowing Defendant to place telephone calls to his cellular telephone number pursuant to 47 U.S.C. § 227 (b)(1)(A).

12. The credit transaction that occurred between Plaintiff and Defendant is a "consumer transaction" as defined by I.C. § 24-5-0.5-2(a)(1).

13. Defendant is a "supplier" as defined by I.C. § 24-5-0.5.2(a)(3).

14. Defendant's conduct rose to the level of an "incurable deceptive act" as defined by I.C. § 24-5-0.5-2(a)(8).

### COUNT I: NEGLIGENT VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 *et seq.*

15. Plaintiff incorporates the allegations contained in paragraphs 1 through 14 and further states as follows:

16. The foregoing acts and omissions of Defendant constitute numerous and multiple negligent violations of the TPCA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. § 227 et *seq.*

17. As a result of Defendant's negligent violations of 47 U.S.C. § 227 *et seq.*, Plaintiff is entitled to an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

## COUNT II: KNOWING AND/OR WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 *et seq.*

18. Plaintiff incorporates the allegations contained in paragraphs 1 through 17 and further states as follows:

19. Even though Defendant did not have consent to call Plaintiff's cellular telephone number and Plaintiff instructed Fifth Third to stop calling his cellular number, Fifth Third's agents and/or employees repeatedly continued to use an automatic telephone dialing system and/or an artificial or prerecorded voice to make and/or place telephone calls to Plaintiff's cellular telephone number.

20. The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. § 227 *et seq.*

21. As a result of Defendant's knowing and/or willful violations of 47 U.S.C. § 227 *et seq.*, Plaintiff is entitled to treble damages up to $1,500.00 for each and every violation, pursuant to 47 U.S.C. § 227(b)(3).

## COUNT III: NEGLIGENT VIOLATION OF THE INDIANA DECEPTIVE CONSUMER SALES ACT, Ind. Code § 24-5-0.5-1, *et seq.*

22. Plaintiff incorporates the allegations contained in paragraphs 1 through 21 and further states as follows:

23. Each and every violation of the TCPA by Defendant constitutes a deceptive act, in violation of the IDCSA, specifically Ind. Code § 24-5-0.5-1(a)(19).

24. As a result of Defendant's negligent violations of IDCSA, Plaintiff is entitled to an award of $500.00 in statutory damages, for each and every violation of the TCPA plus reasonable attorney fees, pursuant to Ind. Code § 24-5-0.5-4(a).

## COUNT IV: WILLFUL VIOLATION OF THE INDIANA DECEPTIVE CONSUMER SALES ACT, Ind. Code § 24-5-0.5-1, *et seq.*

25. Plaintiff incorporates the allegations contained in paragraphs 1 through 24 and further states as follows:

26. Even though Defendant knew that it did not have consent to call Plaintiff's cellular telephone number and Plaintiff instructed Fifth Third to stop calling his cellular number, Fifth Third's agents and/or employees repeatedly continued to use an automatic telephone dialing system and/or an artificial or prerecorded voice to make and/or place telephone calls to Plaintiff's cellular telephone number anyway, in violation of the TCPA and the IDCSA.

27. As a result of Defendant's willful deceptive acts, Plaintiff is entitled to double statutory damages not exceeding $1,000.00 for each and every violation of IDCSA.

WHEREFORE, Plaintiff respectfully prays for judgment against the Defendant, as follows:

4

A.  A judgment in the amount of $500.00 for each and every violation cited herein plus any and all additional violations after the date of filing this Complaint, pursuant to 47 U.S.C. § 227(b)(3)(B);

B.  Treble damages in the amount of $1,500.00 for each and every violation cited herein plus any and all additional violations after the date of filing this Complaint, pursuant to 47 U.S.C. § 227(b)(3);

C.  A judgment in the amount of $500.00 for each and every violation cited herein plus any and all additional violations after the date of filing this Complaint, pursuant to Ind. Code § 24-5-0.5-4(a);

D.  Double damages in the amount of $1,000.00 for each and every violation cited herein plus any and all additional violations after the date of filing this Complaint, pursuant to Ind. Code § 24-5-0.5-4(a)(2);

E.  All costs, fees and expenses incurred in this case, including reasonable attorney's fees, pursuant to Ind. Code § 24-5-0.5-4(a);

F.  Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law; and

G.  Such other relief as the Court deems just and proper.

Dated: 8/22/13

Respectfully submitted,

PEARLMAN, CHOSNEK & HOPSON, P.C.
Attorney for the Plaintiff

By: _____
MELISSA WILKES, Atty. No. 28132-29
P.O. Box 708
Lafayette, IN 47902
Telephone: (765) 742-9081
Facsimile: (765) 742-4379
E-mail:

5

Attention Carrier on Route #C006

This piece is being monitored for Delivery and Scanning accuracy

Non-Machinable Parcel

ELECTRONIC SCAN REQUIRED

F

USPS FIRST-CLASS MAIL®

CHRISTA COFFEY
TIPPECANOE CO CLERK
PO BOX 1665
LAFAYETTE, IN 47902-1665

FIFTH THIRD BANK
C/O CORPORATION SERVICE COMPANY RA
251 E OHIO ST STE 500
INDIANAPOLIS, IN 46204-2184

USPS SIGNATURE TRACKING #

9202 1901 0661 5400 0020 4269 50

Electronic Rate Approved #901066154

CHRISTA COFFEY
TIPPECANOE CO CLERK
PO BOX 1665
LAFAYETTE, IN 47902-1665

First Class Mail®

79D02-1308-PL-32/ Z8292

