UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **CURTIS BEAVER** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:13-cv-00067-JD-JEM |
| | ) | |
| v. | ) | **NOTICE OF STIPULATION OF** |
| | ) | **DISMISSAL OF ACTION** |
| **FIFTH THIRD BANK, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Curtis Beaver, along with Defendant Fifth Third Bank, hereby provide notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action without prejudice.

**IT IS SO STIPULATED.**

Dated: March 20, 2014, 2013        By: __/s/Melissa Wilkes_____

WILKES LAW FIRM
Melissa Wilkes
200 Ferry Street, Suite D
Lafayette, IN 47901
mwilkes@wilkes-law.com e-mail

By: __/s/Andrew Recker_____

DINSMORE & STOHL LLP
Andrew Recker
255 East Fifth Street, Ste. 1900
Cincinnati, Ohio 45202
Andrew.recker@dinsmore.com